UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William Birdnecklace, | Civil 10-1967 JMR/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Ramsey County Community<br>Human Services Department, | |
| Defendant. | |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 2, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is DISMISSED WITHOUT PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 21, 2010.       s/James M. Rosenbaum
at Minneapolis, Minnesota      JUDGE JAMES M. ROSENBAUM
         United States District Court